

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

SLR:CPK:KRH                              *271 Cadman Plaza East*
F.#2010R0058                             *Brooklyn, New York 11201*

                                         June 13, 2012

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. The Real Property and Premises Located
            at 31 Oakley Place, Staten Island, New York 10306
            Civil Action No. 10-CV-1790

Dear Judge Gold:

       The government respectfully writes to advise the Court of the status of the case captioned above. The Court has directed counsel to provide a status update by June 15, 2012.

       The parties are in the process of negotiating and executing a proposed stipulation of settlement. We intend to file the signed stipulation within the next thirty (30) days.

       For the Court's information, undersigned counsel for the government will be deployed for military duty beginning on or about July 15, 2012. We anticipate resolving this case prior to that date, and the case will be monitored by another Assistant from the Office during counsel's deployment.

       Thank you for Your Honor's consideration of this submission.

                                         Respectfully submitted,

                                         LORETTA E. LYNCH
                                         United States Attorney

                                By:      /s/_____
                                         Karen R. Hennigan
                                         Special Assistant U.S. Attorney
                                         (718) 254-6254/7000

<u>By ECF</u>
Joseph Sorrentino, Esq.
Attorney for Charles and Nancy Cicalo
404 Manor Road
Staten Island, NY 10314-2957